PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
Oct 28 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DOCKET NUMBER *(Tran. Court)*
3:16CR00014

DOCKET NUMBER *(Rec. Court)*
3:26-cr-00542 WHO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joseph Christopher Cannon<br>San Francisco, CA | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE
Miranda M. Du

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/6/2024 | 8/5/2044 |

OFFENSE
18 U.S.C. §2252A (a)(2) & b Attempted Receipt of Child Pornography

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Cannon has no intention of returning to the District of Nevada and resides in the Northern District of California. The Northern District of California can address ongoing noncompliance swiftly.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 26, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 27, 2026
*Effective Date*

*United States District Judge*